UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA
_____

| | |
|---|---|
| In Re: LEVAQUIN PRODUCTS LIABILITY LITIGATION | MDL. No. 08-1943 (JRT) |
| | **ORDER** |
| This document also relates to: Calvin Christensen et al. v. Johnson & Johnson et al. | Civil No. 07-3960 (JRT/AJB) |

_____

Ron Goldser, **ZIMMERMAN REED, PLLP,** 651 Nicollet Mall, Suite 501, Minneapolis, MN 55402; Lewis Saul, **LEWIS SAUL & ASSOCIATES, P.C.,** 183 Middle Street, Suite 200, Portland, ME 04101, for plaintiff.

William Robinson, **LECLAIRRYAN**, 225 Reinekers Lane, Suite 700, Alexandria, VA 22314; John Dames, **DRINKLER, BIDDLE & REATH, LLP,** 191 North Wacker Drive, Suite 3700, Chicago, IL 60606; Tracy Van Steenburgh, **HALLELAND, LEWIS NILAN & JOHNSON, PA**, 220 South Sixth Street, Suite 600, Minneapolis, MN 55402, for defendants.

This matter is before the Count on Plaintiffs' Motion to Reconsider Order Granting Plaintiff's Motion to Continue Consideration of Defendants' Motion for Summary Judgment. Based upon all of the files, records and proceedings herein, including the submissions of the parties:

**IT IS HEREBY ORDERED** that:

1. The Plaintiffs' Motion for Reconsideration [Docket No. 1011] is

    **GRANTED**.

2. The Defendants' Motion for Summary Judgment shall be rescheduled for Monday, June 7th at 1:30 pm. Plaintiff shall serve and file opposition papers by April 30, 2010.

DATED: February 25, 2010
at Minneapolis, Minnesota.

          s/ John R. Tunheim
          JOHN R. TUNHEIM
          United States District Judge