UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| In Re: LEVAQUIN PRODUCTS LIABILITY LITIGATION | MDL. No. 08-1943 (JRT) |
| | **ORDER DENYING MOTION TO QUASH SUBPOENA AND FOR PROTECTIVE ORDER** |
| This document also relates to: Calvin Christensen et al. v. Johnson & Johnson et al. | Civil No. 07-3960 (JRT/AJB) |

_____

Ron Goldser, **ZIMMERMAN REED, PLLP,** 651 Nicollet Mall, Suite 501, Minneapolis, MN 55402; Lewis Saul, **LEWIS SAUL & ASSOCIATES, P.C.,** 29 Howard Street, Third Floor, New York, NY 10013, for plaintiffs.

Tracy Van Steenburgh, **NILAN JOHNSON LEWIS PA**, 120 South Sixth Street, Suite 400, Minneapolis, MN 55402; William Robinson, **LECLAIRRYAN**, 225 Reinekers Lane, Suite 700, Alexandria, VA 22314; John Dames, **DRINKLER, BIDDLE & REATH, LLP,** 191 North Wacker Drive, Suite 3700, Chicago, IL 60606, for defendants.

This matter is before the Count on Defendants' Motion to Quash Plaintiff Edward Karkoska's Subpoena Duces Tecum for the Deposition of Dr. Michael Butner and for a Protective Order [Docket No. 1190]. Based upon all of the files, records and proceedings herein:

**IT IS HEREBY ORDERED** that:

1. Defendants' Motion is **DENIED** in its entirety.

2. Plaintiff may depose Dr. Butner for a 2nd time, but the deposition is limited to addressing additional discovery that has been produced since the first deposition.

DATED: April 27, 2010
at Minneapolis, Minnesota.

                                        s/ John R. Tunheim
                                        JOHN R. TUNHEIM
                                      United States District Judge