# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

___

| | |
|---|---|
| In Re: LEVAQUIN PRODUCTS LIABILITY LITIGATION | MDL. No. 08-1943 (JRT) |
| This document also relates to: Calvin Christensen et al. v. Johnson & Johnson et al. | **ORDER** Civil No. 07-3960 (JRT/AJB) |

___

This matter is before the Court upon Plaintiff Karkoska's request for a 2,000 word extension for his memorandum in opposition to defendants' motion for summary judgment [Docket No. 1249].

**IT IS HEREBY ORDERED** that Plaintiff Karkoska's request for a word limit extension for is **GRANTED**. The memorandum of law in opposition to defendants' motion for summary judgment shall not exceed 14,000 words.

DATED: April 29, 2010
at Minneapolis, Minnesota.

                                                                            s/ John R. Tunheim
                                                                              JOHN R. TUNHEIM
                                                       United States District Judge