UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
_____

| | |
|---|---|
| In Re: LEVAQUIN PRODUCTS LIABILITY LITIGATION | MDL. No. 08-1943 (JRT) |
| This document also relates to: Calvin Christensen et al. v. Johnson & Johnson et al. | **ORDER** Civil No. 07-3960 (JRT/AJB) |

_____

This matter is before the Court upon Defendants' motion for a 2,000 word extension for their reply memorandum in support of Defendants' Motion for Summary Judgment [Docket No. 1360].

This matter is also before the Court upon Defendants' motion for an extension of time to file their reply in support of Defendants' Motion for Summary Judgment [Docket No. 1360].

**IT IS HEREBY ORDERED** that Defendants' motion for a word limit extension for is **GRANTED**. The memorandum of law in support of Defendants' Motion for Summary Judgment and reply in support of Defendants' Motion for Summary Judgment shall not exceed 14,000 words.

**IT IS FURTHER ORDERED** that Defendants' request for an extension of time to file a reply in support of Defendants' Motion for Summary Judgment is **GRANTED**. Defendants shall file their reply by June 10, 2010.

DATED: May 14, 2010
at Minneapolis, Minnesota.                    s/ John R. Tunheim
                                              JOHN R. TUNHEIM
                                          United States District Judge